

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07CV6824
JUDGE KENNELLY
MAG. JUDGE COLE

In the Matter of

Cleola Minor individually and as special administrator of the estate of Katie Dorsey deceased

vs

United States, West Suburban Medical Center a corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cleola Minor, individually and as special administrator of the estate of Katie Dorsey deceased

FILED
J.N  DEC X 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Michael A. Kaczmarek |

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Michael A. Kaczmarek

| FIRM |
|---|
| BARRY L. GORDON & ASSOCIATES P.C |

| STREET ADDRESS |
|---|
| 205 W. Randolph St. # 950 |

| CITY/STATE/ZIP |
|---|
| Chicago, Il 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3124530 | (312) 263-5445 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | X | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐