## *United States District Court for the Northern District of Illinois*

Case Number:   07cv6824      Assigned/Issued By: j. n.

Judge Name:   KENNELLY      Designated Magistrate Judge: COLE

---

### FEE INFORMATION

**Amount Due:**

- [x] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350 _____      Receipt #: 1115766 _____

Date Payment Rec'd: 12-4-07 _____      Fiscal Clerk: J. N. _____

---

### ISSUANCES

- [x] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgment
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ _____
  (Type of Writ)

_____
_____
(Victim, Against and $ Amount)

2 Original and 2 copies on 12-4-07 as to U.S.; WEST SURBURBAN
                (Date)

MEDICAL CENTER _____

---

C:\wpwin80\docket\feeinfo.frm     03/14/05