# United States District Court for the Northern District of Illinois

Case Number: 07cv6824

Assigned/Issued By: j. n.

Judge Name: KENNELLY

Designated Magistrate Judge: COLE

---

**FEE INFORMATION**

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other ____
               [ ] $455.00

Number of Service Copies ____    Date: ____

(For Use by Fiscal Department Only)

Amount Paid: 350    Receipt #: 1115766

Date Payment Rec'd: 12-4-07    Fiscal Clerk: J. N.

---

**ISSUANCES**

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)
[ ] Writ _____
    (Type of Writ)

__2__ Original and __2__ copies on __12-4-07__ as to __U.S.; WEST SURBURBAN__
                                      (Date)
MEDICAL CENTER

---

C:\wpwin80\docket\feeinfo.frm    03/14/05