UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEOLA MINOR, individually, and as Special Administrator of the Estate of Katie Dorsey, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6824 |
| v. | ) ) ) | Judge Kennelly |
| UNITED STATES, WEST SUBURBAN MEDICAL CENTER, a corporation, | ) ) ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Donald R. Lorenzen
    DONALD R. LORENZEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5330

**Certificate of Service**

Donald R. Lorenzen, an attorney, certifies that on February 5, 2008, he caused the forgoing Attorney Designation to be served by facsimile and first class U.S. mail upon the following counsel of record:

Michael A. Kaczmarek
Barry L. Gordon & Associates, P.C.
205 West Randolph Street
Suite #950
Chicago, Illinois 60606
(312) 263-5445
(312) 263-1240 (facsimile)

              s/ Donald R. Lorenzen
              _____
              DONALD R. LORENZEN
              Assistant United States Attorney
              219 South Dearborn Street
              Chicago, Illinois 60604
              (312) 353-5330
              donald.lorenzen@usdoj.gov