UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEOLA MINOR, individually, and as Special Administrator of the Estate of Katie Dorsey, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6824 |
| v. | ) ) | |
| | ) | Judge Kennelly |
| UNITED STATES, WEST SUBURBAN MEDICAL CENTER, a corporation, | ) ) ) | |
| Defendants. | ) | |

## AGREED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, requests that the court extend time for filing a responsive pleading by 45 days, until March 24, 2008. In support of this motion, defendant states as follows:

1.  Plaintiff served his complaint on the United States on December 10, 2007, making a responsive pleading due by February 8, 2008.

2.  The U.S. Attorney's Office has just learned that its client agency in this case, the Department of Health and Human Services, just last week assigned this case to one of its staff attorneys who needs additional time to investigate the complaint's allegations, prepare a litigation report, and provide the U.S. Attorney's office with a draft response to plaintiff's complaint.

3.  For this reason, the United States requests that it be given an additional 45 days to file its responsive pleading in this case. The United States also suggests that if the court grants its motion, that it also resets the currently scheduled March 4, 2008, initial status hearing to a date and

time convenient to the court following the new date for the United States to file its responsive pleading.

4.  Plaintiff agrees to this motion.

WHEREFORE, the United States of America requests that the court extend the time to file a responsive pleading to March 24, 2008, and that the court reset the currently scheduled March 4, 2008, initial status hearing to a date and time convenient to the court following the new date for the United States to file its responsive pleading..

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Donald R. Lorenzen
DONALD R. LORENZEN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5330
donald.lorenzen@usdoj.gov