UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEOLA MINOR, individually, and as | ) | |
| Special Administrator of the Estate of Katie | ) | |
| Dorsey, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6824 |
| | ) | |
| v. | ) | |
| | ) | Judge Kennelly |
| UNITED STATES, WEST SUBURBAN | ) | |
| MEDICAL CENTER, a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Michael A. Kaczmarek
        Barry L. Gordon & Associates, P.C.
        205 West Randolph Street
        Suite 950
        Chicago, Illinois 60606
        (312) 263-5445
        (312) 263-1240 (facsimile)

Please take notice that on Tuesday, February 12, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Matthew F. Kennelly in Room 2103 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, or before such other judge who may be sitting in his place and stead, and then and there present the United States' Agreed Motion to Extend Time to File Responsive Pleading, at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Donald R. Lorenzen
     DONALD R. LORENZEN
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-5330
     donald.lorenzen@usdoj.gov

**Certificate of Service**

Donald R. Lorenzen, an attorney, certifies that on February 5, 2008, he caused the forgoing

Notice of Motion and Agreed Motion to Extend Time to File Responsive Pleading to be served by

facsimile and first class U.S. mail upon the following counsel of record:

Michael A. Kaczmarek
Barry L. Gordon & Associates, P.C.
205 West Randolph Street
Suite #950
Chicago, Illinois 60606
(312) 263-5445
(312) 263-1240 (facsimile)

                              s/ Donald R. Lorenzen
                              _____
                              DONALD R.  LORENZEN
                              Assistant United States Attorney
                              219 South Dearborn Street
                              Chicago, Illinois 60604
                              (312) 353-5330
                              donald.lorenzen@usdoj.gov