# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6824 | **DATE** | 2/12/2008 |
| **CASE TITLE** | Cleola Minor vs. United States, West Suburban Medical Center | | |

**DOCKET ENTRY TEXT**

The United States' agreed motion to extend time is granted. Date for response to complaint is extended to 3/24/08. Status hearing date of 3/4/08 is vacated and reset to 4/1/08 at 9:00 a.m. in chambers. The parties are directed to comply with Judge Kennelly's standing initial order which may be found on his web page.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|