# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14.

---

In the Matter of                                             Case Number:  07 C 6824

CLEOLA MINOR, Individually and as
Special Administrator of the Estate of KATIE DORESEY, Deceased

      v.

UNITED STATES, WEST SUBURBAN MEDICAL CENTER, a corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WEST SUBURBAN MEDICAL CENTER

| | |
|---|---|
| NAME | ANTHONY J. LONGO |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| | s/ Anthony J. Longo |
| FIRM | CASSIDAY SCHADE LLP |
| STREET ADDRESS | 20 North Wacker Drive, Suite 1040 |
| CITY/STATE/ZIP | Chicago, IL  60606-2903 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER    (312) 444-1898 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ YES   ☒ NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ YES   ☒ NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ YES   ☒ NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ YES   ☒ NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL   ☐          APPOINTED COUNSEL   ☐ | |

7092615   AJL:DKP