30099/13466/CLG/AJL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CLEOLA MINOR, Individually and as | ) | |
| Special Administrator of the Estate of | ) | |
| KATIE DORESEY, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6824 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| UNITED STATES, WEST SUBURBAN | ) | |
| MEDICAL CENTER, a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX

The undersigned certifies that on , the following described document was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5:

DOCUMENT DESCRIPTION:          **APPEARANCE**

ADDRESSED AS FOLLOWS:          Michael Kaczmarck
                               Barry L. Gordon & Associates
                               205 W. Randolph Street
                               Suite 950
                               Chicago IL 60606
                               (312) 263-5445
                               (312) 263-1240 (Fax)

Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

_____s/ Anthony J. Longo_____
One of the Attorneys for Defendant,
WEST SUBURBAN MEDICAL CENTER

ARDC No. 6283406
Anthony J. Longo
CASSIDAY SCHADE LLP
20 N. Wacker Drive, Suite 1040
Chicago, IL  60606
(312) 641-3100

7092688   AJL:DKP