30099/13466/CLG/AJL                                                                    USDC No. 6283406

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **CLEOLA MINOR, Individually and as Special Administrator of the Estate of KATIE DORESEY, Deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | No. 07 C 6824 |
| **UNITED STATES, WEST SUBURBAN MEDICAL CENTER, a corporation** | ) ) ) ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING

TO:   Michael Kaczmarck, Esq.,  Barry L. Gordon & Associates

   205 W. Randolph Street, Suite 950, Chicago IL 60606

   **PLEASE TAKE NOTICE** that we have on February 29, 2008 filed **ANSWER TO COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

                              By:  _____s/ Anthony J. Longo_____
                                   One of the Attorneys for Defendant,
                                   WEST SUBURBAN MEDICAL CENTER

CASSIDAY SCHADE LLP
20 N. Wacker Drive - Suite 1040
Chicago, Illinois  60606-2903
(312) 641-3100

### CERTIFICATE OF SERVICE

   The undersigned certifies that on the 29th day of February, 2008 the above described document was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5.  Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                   _____s/Anthony J. Longo_____

7092684   AJL:DKP