# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CLEOLA MINOR, Individually and as Special Administrator of the Estate of KATIE DORESEY, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6824 |
| v. | ) ) | |
| | ) | Judge: Matthew F. Kennelly |
| UNITED STATES, WEST SUBURBAN MEDICAL CENTER, a corporation, | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX

The undersigned certifies that on February 29, 2008, the following described document was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5:

DOCUMENT DESCRIPTION: **ANSWER TO COMPLAINT**

ADDRESSED AS FOLLOWS:   Michael Kaczmarck
Barry L. Gordon & Associates
205 W. Randolph Street
Suite 950
Chicago IL 60606
(312) 263-5445
(312) 263-1240 (Fax)

Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                                         s/ Anthony J. Longo
                                         One of the Attorneys for Defendant,
                                         WEST SUBURBAN MEDICAL CENTER

Anthony J. Longo
ARDC No. 6283406
CASSIDAY SCHADE LLP
20 N. Wacker Drive, Suite 1040
Chicago, IL 60606
(312) 641-3100

7092761   AJL:DKP