IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEO MINOR, as Special Administrator of the estate of Katie Dorsey, deceased )<br>)<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>UNITED STATES, et. al. )<br>)<br>)<br>Defendants ) | Case No. 07-C-6824<br>Judge Kennelly<br>Magistrate Judge Cole |

### PLAINTIFF'S MOTION TO BE APPOINTED SPECIAL ADMINISTRATOR

Now Comes the plaintiff, Cleoa Minor, individually and as Special Administrator of the Estate of Katie Dorsey, by her attorneys Barry L. Gordon & Associates P. C., and moves to be appointed as Special Administrator of the estate of Katie Dorsey, deceased, in this action, and for grounds states:

1.  That on September 13, 2005, Cleola Minor was appointed Special Administrator of the Estate of Katie Dorsey, deceased in the Circuit Court of Cook County, Illinois, in the original state court action, case number 05 L 10008, see copy of Motion and Order attached.

2.  On May 22, 2006, the plaintiff filed a medical malpractice action in Illinois State court, County of Cook, case number 05-L-10008, Cleola Minor, individually and as Special Administrator of the Estate of Katie Dorsey, deceased -vs- West Suburban Medical Center, a corporation, Thomas Staff, M.D., and Mark Loafman, M.D.

3.  On September 1, 2006, the United States filed a notice of removal in the U.S. District Court for the Northern District of Illinois, Eastern Division, which proceeded as case number 06-C-4763. In its notice of removal, defendant, United States asserted that defendants Dr. Staff and Dr. Loafman were employees of the United States for Federal Tort Claims Act purposes.

4.  On September 19, 2006, the U.S. District Court, per the Honor able Elaine E. Bucklo substituted the United States as a defendant in place of Dr. Staff and Dr. Loafman, and dismissed the case without prejudice for failure to file an administrative claim pursuant to the Federal Tort Claims Act.

5. That on October 2, 2006, the court remanded the case to the defendant, West Suburban Medical Center to the State court where it was stayed pending the resolution of the Federal Tort Claims Act administrative claim.

6. On October 16, 2006, the plaintiff brought her Federal Tort Claims Act claim.

7. That after more than six months passed without a resolution of her Federal Tort Claim, on December 4, 2007, the plaintiff filed this current action, case number 07-C-6824 in the U.S. District Court.

8. That as this current case is against both the defendant, United States and the defendant, West Suburban Medical Center, a corporation under pendant and ancillary jurisdiction, the State court case against the defendant, West Suburban Medical Center, a corporation, is a duplicative or contemporaneous filing, and plaintiff is moving to non-suit the State court case on March 28, 2008.

9. That once the State court case is non-suited, the plaintiff, Cleola Minor will no longer be the special administrator of the Estate of Katie Dorsey, deceased, and she needs to be appointed special administrator by this Court in order to continue to represent the estate in this litigation.

WHEREFORE, the plaintiff, Cleola Minor prays that she be appointed as special administrator of the Estate of Katie Dorsey, deceased, by this Court.

_/s/ Michael Kaczmarek_
Michael A. Kaczmarek
BARRY L. GORDON & ASSOCIATES P.C.
205 W. Randolph St. # 950
Chicago, Il 60606
(312)-263-5445

Atty Code 23969

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CLEO MINOR, as Special Administrator of the estate of Katie Dorsey, deceased )<br>)<br>Plaintiff )<br>)<br>v. )  Case No.<br>)<br>JOHN DOE )<br>)<br>Defendant ) | |

**Plaintiff's Motion to Appoint a Special Administrator**

Now Comes the plaintiff, Cleo Minor, by her attorneys Barry L. Gordon & Associates P. C., and moves to be appointed as Special Administrator of the estate of Katie Dorsey, deceased, and for grounds states:

1. That Katie Dorsey passed away on September 18, 2004, copy of Death Certificate attached.

2. That Katie Dorsey was a widow at the time of her death, and she was survived by her daughter, Cleo Minor, who is seeking to be appointed as the special administrator.

3. That no estate has been opened for her, and the sole asset of the estate of Katie Dorsey is a possible claim for personal injuries or wrongful death, and to investigate and pursue that action, a special administrator needs to be appointed.

Wherefore, Katie Dorsey prays that she be appointed the special administrator of the estate of Katie Dorsey, deceased.

_____
Michael Kaczmarek
Barry L. Gordon & Associates P. C.
205 W. Randolph St., Suite 205
Chicago, Illinois 60606
(312)-263-5445
Atty. Code No. 23969

## AFFIDAVIT

I, the undersigned, under penalties of perjury pursuant to 735 ILCS 5/1-109, do hereby state that I am one of the attorneys representing the plaintiff herein, and that I have read the plaintiff's motion to appoint a special administrator to which this affidavit is attached, and the facts and averments set forth therein are true and correct upon my personal knowledge, or upon information and belief.

*/s/ Michael Kaczmarek*
Michael Kaczmarek

Case 1:07-cv-06824   Document 14   Filed 03/18/2008   Page 4 of 5

AUGUST 19, 2005

STATE OF ILLINOIS
County of Cook)

DAVID ORR, County Clerk

Orr, County Clerk of the County of Cook, in the State aforesaid, and Keeper of the Records and Files of said County do hereby certify that the [attached] is a true and correct copy of the original Record on file, all of which appears from the records and files in my office.

[WITN]ESS THEREOF, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office in the city of Chicago, in said County.

*David Orr*

COUNTY CLERK

## STATE OF ILLINOIS — MEDICAL CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO. **16.0**
REGISTERED NUMBER:

| Field | Value |
|---|---|
| 1. DECEASED—NAME (First, Middle, Last) | Katie Dorsey |
| 2. SEX | Female |
| 3. DATE OF DEATH | September 18, 2004 |
| 4. COUNTY OF DEATH | Cook |
| 5a. AGE—LAST BIRTHDAY (YRS) | 66 |
| 5d. DATE OF BIRTH | July 16, 1938 |
| 6a. CITY, TOWN, TWP, OR ROAD DISTRICT NUMBER | Olympia Fields |
| 6b. HOSPITAL OR OTHER INSTITUTION | St. James |
| 6c. IF HOSP. OR INST. INDICATE D.O.A. OP/EMER. RM, INPATIENT | Inpatient |
| 7. BIRTHPLACE | Clarksville, TN |
| 8a. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED | widowed |
| 8b. NAME OF SURVIVING SPOUSE | |
| 9. WAS DECEASED EVER IN U.S. ARMED FORCES? | no |
| 10. SOCIAL SECURITY NUMBER | 319 30 4748 |
| 11a. USUAL OCCUPATION | CNA |
| 11b. KIND OF BUSINESS OR INDUSTRY | General |
| 12. EDUCATION (Elementary/Secondary 0-12) | 12 |
| 12. College (1-4 or 5+) | 0 |
| 13a. RESIDENCE (STREET AND NUMBER) | 1217 N. Parkside |
| 13b. CITY, TOWN, TWP, OR ROAD DISTRICT NO. | Chicago |
| 13c. INSIDE CITY (YES/NO) | Yes |
| 13d. COUNTY | Cook |
| 13e. STATE | Illinois |
| 13f. ZIP CODE | 60651 |
| 14a. RACE | Black |
| 14b. OF HISPANIC ORIGIN? | No |
| 15. FATHER—NAME (First, Middle, Last) | Walter Minor |
| 16. MOTHER—NAME (First, Middle, Maiden Last) | Mary Christian |
| 17a. INFORMANT'S NAME | Cleola Minor |
| 17b. RELATIONSHIP | Daughter |
| 17c. MAILING ADDRESS | 1217 N. Parkside Chgo, Il 60651 |

18. PART I.
(a) Immediate Cause: Septic Shock — Approximate Interval: Days

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:
Kidney Failure; Perforated Bowel

19a. AUTOPSY: No

21a. (I ATTENDED/DID NOT ATTEND) THE DECEASED AND LAST SAW HIM/HER ALIVE ON: 9/18/04
21b. WAS CORONER OR MEDICAL EXAMINER NOTIFIED?: Yes
21c. HOUR OF DEATH: 2:27 P.M.
22b. DATE SIGNED: 9/20/04
22c. NAME AND ADDRESS OF CERTIFIER: Edwin Cook 20201 S. Crawford Oly. Fields, Il. 60461
22d. ILLINOIS LICENSE NUMBER: 036054[?]

24a. BURIAL, CREMATION, REMOVAL: Burial
24b. CEMETERY OR CREMATORY—NAME: Forest Home
24c. LOCATION: Forest Park, Illinois
24d. DATE: 9/24/04
25a. FUNERAL HOME: Smith & Thomas F.H. 5708 W. Madison St. Chicago, Illinois 60644
25b. FUNERAL DIRECTOR'S SIGNATURE: *Christella Daniels*
25c. FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: 034-015667
26a. LOCAL REGISTRAR'S SIGNATURE: *David Orr*
26b. DATE FILED BY LOCAL REGISTRAR: SEP 2 2 2004

VR200 (Rev. 5/89) — Illinois Department of Public Health—Division of Vital Records