IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
EASTERN DIVISION

| | |
|---|---|
| CLEO MINOR, as Special Administrator of the estate of Katie Dorsey, deceased ) <br><br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, WEST SUBURBAN ) <br> MEDICAL CENTER, a corporation ) <br> Defendants ) | Case No.07 C 6824 <br> Judge Kennelly <br> Magistrate Judge Cole |

(FILED stamp: MAR 18 2008, MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT; 3-18-2008 JN)

### NOTICE OF MOTION

TO: Anthony Longo, Esq. Cassiday, Schade, LLP 20 N. Wacker Drive, Ste. 1040, Chicago,Il 60606
Donald Lorenzen, Esq. Assistant U.S. Attorney, 219 S. Dearrborn, 5th Fl.,Chicago,Il.60604

TAKE NOTICE that on _MARCH 25_, 2008, at _9:30_ a.m., the plaintiff shall appear before the Honorable Judge Presiding in Courtroom 2103 United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present plaintiff's motion for leave to appoint a special administrator, copy attached.

_/s/ Michael Kaczmarek_
Michael Kaczmarek
Barry L. Gordon & Associates P.C.
205 W. Randolph Street, Suite 950
Chicago, Illinois 60606
(312)-263-5445
Atty. Code No.: 23969

### PROOF OF SERVICE

I, the undersigned, do hereby state that I mailed this notice and any documents referenced as attached, by depositing the same in the U. S. Mail, first class, postage paid, to the parties addressed above, on _MARCH 18_, 2008, before the hour of 5:00 p.m. at 205 W. Randolph Street, Chicago, Illinois.

_/s/ Michael Kaczmarek_