30099/13466/CLG/AJL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CLEOLA MINOR, Individually and as Special Administrator of the Estate of KATIE DORESEY, Deceased<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED STATES, WEST SUBURBAN MEDICAL CENTER, a corporation<br><br>                Defendants. | )<br>)<br>)<br>)<br>)   No. 07 C 6824<br>)<br>)<br>)<br>)<br>) |

### PROOF OF SERVICE

The undersigned, being first duly sworn upon oath, deposes and states that on the 20th day of Mach, 2008, the following described document(s) was served by placing a true and correct copy thereof in an envelope(s), addressed as shown below; that said envelope(s) was sealed; that sufficient U.S. Postage for first class mail was placed therein, and the same was deposited in the U.S. Mail at Chicago, Illinois at or about the hour of 5:00 p.m.

DOCUMENT DESCRIPTION:         Appearance

ADDRESSED AS FOLLOWS:         Michael Kaczmarck

                                                     Barry L. Gordon & Associates

                                                     205 W. Randolph Street

                                                     Suite 950

                                                     Chicago IL 60606

                                                     (312) 263-5445

                                                     (312) 263-1240 (Fax)

_[signature]_

SUBSCRIBED and SWORN to
before me this 20th day
of March, 2008.

_[signature]_
Notary Public

**OFFICIAL SEAL**
**HOLLY EDWARDS**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-19-2010

CASSIDAY SCHADE LLP
20 N. Wacker Dr., #1040
Chicago, IL 60606
(312) 641-3100

7099515 CGARVEY;JFABRY