**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Cleola Minor
                      Plaintiff,

v.                                      Case No.: 1:07−cv−06824
                                            Honorable Matthew F. Kennelly

United States, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly: Status hearing, pursuant to Rule 16(b) held on 4/1/2008 with attorneys for all parties. Deadline for amending pleadings and adding parties is 12/2/2008. Fact discovery ordered closed 2/2/2009. Rule 26(a)(2) disclosures are due by 3/16/2009 for plaintiff and 5/18/2009 for defendants. Expert discovery ordered closed 7/20/2009. The parties are advised that these are firm dates. Status hearing set for 8/5/2008 at 09:30 AM. Motion for leave to appoint special administrator [14] is withdrawn without prejudice. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.